May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID L. GLASSEL, Appellant

NO. 14-14-00649-CV V.

SEAMLESS OPERATING GROUP, LLC INDIVIDUALLY AND
DERIVATIVELY ON BEHALF OF CHEMICAL FREE SOLUTIONS, LLC.,
AND CEDAR OIL SOLUTIONS, LLC, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 3, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, David L. Glassel.

We further order this decision certified below for observance.